■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A: LEONARD F. BINDER. [666 NYS2d 401] —Motion granted, and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective immediately. No opinion. Concur—Milonas, J. P., Ellerin, Nardelli, Williams and Mazzarelli, JJ. [See, 230 AD2d 366.]

(November 18, 1997)

■ ANDREW ARRIGO, Appellant, v METRO-NORTH COMMUTER RAILROAD, Respondent. [664 NYS2d 922] —Order, Supreme Court, New York County (Elliott Wilk, J.), entered July 9, 1996, which granted defendant's motion to dismiss this personal injury action as time-barred, unanimously affirmed.

We reject plaintiff's contention that the information he provided to defendant's personnel on the day of the accident constituted a valid demand or claim in satisfaction of Public Authorities Law §.1276 (1). As there is no other evidence of a demand or claim having been presented within the one-year statutory period for commencing an action (Public Authorities Law § 1276 [2]), the complaint was properly dismissed. We have considered plaintiff's other contentions and find them to be without merit. Concur—Murphy, P. J., Sullivan, Ellerin and Williams, JJ.